# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2436 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 32 DB 2017 |
| | : | |
| v. | : | Attorney Registration No. 74824 |
| | : | |
| STACY PARKS MILLER, | : | (Centre County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8ᵗʰ day of February, 2019, upon consideration of the Report and Recommendations of the Disciplinary Board and the parties' responses, Stacy Parks Miller is suspended from the Bar of this Commonwealth for a period of one year and one day, and she shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).